**6**

Steve LEWIS v. STATE. (No. 9577.) (Court of Criminal Appeals of Texas. June

24, 1925.) Appeal from District Court, Bell County; Lewis H. Jones, Judge. J. W. Thomas, of Belton, and J. F. Taulbee, of Georgetown, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for burglary. Punishment, two years in the penitentiary. It is made known to us by proper affidavit that appellant escaped from the custody of the sheriff after perfecting the appeal. By reason of such escape this court no longer has jurisdiction. Articles 912, 913, C. C. P. The appeal is dismissed.